UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEDALIA BENTON,

    Plaintiff,

    v.

QUALITY LOAN SERVICES CORP., et al.,

    Defendants.

Case No. 15-cv-04741-JST

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Re: ECF No. 7

On October 13, 2015, Plaintiff Sedalia Benton filed a Complaint against Quality Loan Services Corp. and Nationstar Mortgage LLC, ECF No. 1, as well as a Motion for Emergency Preliminary Injunction, ECF No. 2. On October 14, 2015, the Court denied Plaintiff's request for a preliminary injunction and dismissed Plaintiff's complaint with leave to amend because the Court concluded that it lacked subjected matter jurisdiction. ECF No. 7 at 2. The Court noted: "If Plaintiff wishes to pursue this action, she must file an amended complaint setting forth a cognizable legal claim and some factual basis to support subject matter jurisdiction by November 14, 2015. Failure to file timely an amended complaint shall result in dismissal of this action without prejudice." ECF No. 7 at 2.

As of November 20, 2015, Plaintiff has failed to file an amended complaint. Accordingly, the Court dismisses this action without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 23, 2015

_____
JON S. TIGAR
United States District Judge